## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 13** |
| **YVONNE N. SMITH** | : |  |
|  | : |  |
| **Debtor(s)** | : | **No. 16-10115 JKF** |

# CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the

foregoing Amended Plan was sent via First Class mail, unless otherwise noted, to the following

parties:

William C. Miller (electronically)
Chapter 13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office Of The United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Philadelphia Gas Works
800 W Montgomery Ave
Phila Pa,19122
Attn: Bankruptcy Dept 3F

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

Porania LLC
c/o Biltmore Asset Mgmt.
24500 Center Ridge Rd.
Ste. 472
Westlake, OH 44145

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

U.S. BANK NATIONAL ASSOCIATION, (trustee for the P
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101


Dated:   August 2, 2016                        /s/ Michele Perez Capilato
                                               Michele Perez Capilato, Esquire