UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE** : **CHAPTER 13**
**Yvonne N. Smith** :
:
**Debtor(s)** : **No. 16-10115 JKF**

ORDER

AND NOW, this 25th day of August, 2016, upon consideration of the foregoing Application For Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,900.00 from the estate to the extent provided for by the Confirmed Plan.

Jean K. FitzSimon
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Yvonne N. Smith
2849 Stevens Street
Philadelphia, PA 19149

William C. Miller (electronically)
Chapter 13 Trustee
1234 Market Street
Suite 18
Philadelphia, PA 19107

Office Of The United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Aes/keystone
Pob 61047
Harrisburg, PA 17106

Aes/pheaa-keycon
1200 North 7th Street
Harrisburg, PA 17102

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Applied Bank
4700 Exchange Cour
Boca Raton, FL 33431

Capital One
Po Box 5253
Carol Stream, IL 60197

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Central Finl Control
Po Box 66044
Anaheim, CA 92816

Citi
Pob 6241
Sioux Falls, SD 57117

Citibankna
Po Box 769006
San Antonio, TX 78245

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Pa Housing Finance Age
211 N Front St
Harrisburg, PA 17101

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Seventh Avenue
1112 7th Ave
Monroe, WI 53566

Sun Federal Credit Uni

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440