United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-10115-jkf
Yvonne N Smith                                                  Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1            Date Rcvd: Aug 26, 2016
                           Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db          +Yvonne N Smith,    2849 Stevens Street,    Philadelphia, PA 19149-3523
13660675    +Aes/keystone Best,    Po Box 61047,    Harrisburg, PA 17106-1047
13660677    +Aes/phoea-keycon,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13660682   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238)
13660680    #+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
13660681    +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
13660683    +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13660684    +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13660685    +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
13660686    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13660689    +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13660691    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13660679     E-mail/Text: bnc-applied@quantum3group.com Aug 27 2016 02:09:08     Applied Bank,
             4700 Exchange Cour,    Boca Raton, FL 33431
13660678    +E-mail/Text: EBNProcessing@afni.com Aug 27 2016 02:08:55      Afni, Inc.,    Po Box 3097,
             Bloomington, IL 61702-3097
13660688     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2016 02:01:52      Portfolio Rc,
             120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13660687    +E-mail/Text: blegal@phfa.org Aug 27 2016 02:08:50      Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association, (Trustee for the
              Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture date as of April 1, 1982)
              bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MICHELE PEREZ CAPILATO   on behalf of Debtor Yvonne N Smith perezcapilatolaw@yahoo.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| **Yvonne N. Smith** | : | |
| | : | |
| **Debtor(s)** | : | **No. 16-10115 JKF** |

ORDER

AND NOW, this _3th_ day of ~~April~~ _August, 2016_, upon consideration of the foregoing

Application For Compensation and Reimbursement of Expenses, it is hereby ORDERED

& DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $3,000.00 as

the total legal fee for services performed and expenses incurred for essential bankruptcy

services.  Trustee is authorized to pay the unpaid balance thereof, the sum of **$1,900.00**

from the estate to the extent provided for by the Confirmed Plan.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Yvonne N. Smith
2849 Stevens Street
Philadelphia, PA 19149

William C. Miller (electronically)
Chapter 13 Trustee
1234 Market Street
Suite 18
Philadelphia, PA 19107

Office Of The United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Aes/keystone
Pob 61047
Harrisburg, PA 17106

Aes/pheaa-keycon
1200 North 7th Street
Harrisburg, PA 17102

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Applied Bank
4700 Exchange Cour
Boca Raton, FL 33431

Capital One
Po Box 5253
Carol Stream, IL 60197

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Central Finl Control
Po Box 66044
Anaheim, CA 92816

Citi
Pob 6241
Sioux Falls, SD 57117

Citibankna
Po Box 769006
San Antonio, TX 78245

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Pa Housing Finance Age
211 N Front St
Harrisburg, PA 17101

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Seventh Avenue
1112 7th Ave
Monroe, WI 53566

Sun Federal Credit Uni

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440