# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-10115-JKF

    YVONNE N SMITH

2849 Stevens Street

Philadelphia, PA 19149-

       Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    YVONNE N SMITH

    2849 Stevens Street

    Philadelphia, PA 19149-

Counsel for debtor(s), by electronic notice only.

    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

                      /S/ William C. Miller

Date: 12/28/2016

                      _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee