United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-10115-jkf
Yvonne N Smith                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Feb 16, 2017
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
```
db            +Yvonne N Smith,    2849 Stevens Street,    Philadelphia, PA 19149-3523
13660674      +Aes/keystone,    Pob 61047,    Harrisburg, PA 17106-1047
13660675      +Aes/keystone Best,    Pob 61047,    Harrisburg, PA 17106-1047
13660676      +Aes/pheaa Ke,    Pob 61047,    Harrisburg, PA 17106-1047
13660677      +Aes/pheaa-keycon,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13736794       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL  60197-5008
13660682     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
13660681      +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
13681851       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13660683      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13660684      +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13660685      +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
13660686      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13783111      +Michele Perez Capilato, Esquire,    500 Office Center Drive, Suite 400,
                Fort Washington, PA 19034-3234
13763813      +PA Housing Fin. Agy.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13668565      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13738078      +Porania LLC,    c/o Biltmore Asset Mgmt.,    24500 Center Ridge Rd.,    Ste. 472,
                Westlake, OH 44145-5605
13660689      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13684796      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13660691      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13766102      +U.S. BANK NATIONAL ASSOCIATION, (trustee for the P,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13839224      +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13697415       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA  17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2017 01:48:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2017 01:48:45     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13660679       E-mail/Text: bnc-applied@quantum3group.com Feb 17 2017 01:48:43     Applied Bank,
                4700 Exchange Cour,    Boca Raton, FL 33431
13660678      +E-mail/Text: EBNProcessing@afni.com Feb 17 2017 01:48:40     Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
13746656       E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:50     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13660688       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2017 01:42:16     Portfolio Rc,
                120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13731080       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2017 01:43:17
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13660687      +E-mail/Text: blegal@phfa.org Feb 17 2017 01:48:39     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13740695      +E-mail/Text: bncmail@w-legal.com Feb 17 2017 01:48:40     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13660690       Sun Federal Credit Uni
13660680     ##+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Feb 16, 2017
                              Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:

```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture date as of April 1, 1982)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture date as of April 1, 1982)
               lhaller@pkh.com, dmaurer@pkh.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Yvonne N Smith perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture date as of April 1, 1982)
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVONNE N SMITH  Chapter 13

Debtor  Bankruptcy No. 16-10115-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 16, 2017**

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

Debtor:
YVONNE N SMITH

2849 Stevens Street

Philadelphia, PA 19149-